JUN 13 2024 PM12:24
FILED - USDC - BPT - CT



# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Truong Jason Dinh

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

John Doe.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Truong Jason Dinh
Address: 4 Francis Rd
Danbury (City) CT (State) 06810 (Zip Code)
County: Fairfield
Telephone Number: (203) 243 3125
E-Mail Address: JasonDinh203@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: John Doe
Job or Title *(if known)*: Commissioner of Corrections.
Address: 24 Wolcott Hill Road.
whethersfield (City) CT (State) 06109 (Zip Code)
County:
Telephone Number: 860 692 7480
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name:
Job or Title *(if known)*:
Address:
City State Zip Code
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______

Job or Title *(if known)* ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______

Job or Title *(if known)* ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Fifth Amendment - Deprived of life necessity and inhumane living conditions.
The Eighth Amendment - Cruel and unusual punishment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? OSBORN CORRECTIONAL INSTITUTION 335, Bilton Rd, Somers, CT 06071,

B. What date and approximate time did the events giving rise to your claim(s) occur?

Friday, January 13, 2023 - Tuesday January 17, 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe psychological harm and emotional distress.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Shut osborn Correctional facility down. I would like to be compensated for the torture that I was put threw. 5 million dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/31/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Trung Jason Dinh

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

II. Basis for Jurisdiction (D)

Incident #1. At Osborne C.I. On Friday night January 13, 2023 - January 17, 2023 the department of Corrections violated my Constitutional rights Section 242 of title 18 deprived me of my life necessity. Also violated my 8th amendment to the United states Constitution. Cruel and unusual punishment and inhumane living conditions.

III. Statement of Claim (C)

On Friday night January 13, 2023 - January 17, 2023 I was housed in Osborn Correctional Institution in D-Block cell number 42. During this weekend, Martin Luther King day weekend, the heaters in only D-Blocks were broken. The temperature was below freezing weather and the Entire D-Block that housed 200 inmates did not have heat in the middle of the winter. I have exhausted my administrative remedies on this matter as seen exhibit A for exactly what happened and anyone of whom is involved. Department of Correction does not have to do much for inmates but supply inmates with 3 meals a day, a place to sleep, a place to shower and heat in the wintertime. Inmates housed in D-Block during this time with no heat were tortured, treated like dogs at a pound. Prison officials violated the Eighth Amendment when they act with deliberate

indifference to a prison condition that exposes a prisoner to an unreasonable risk of serious harm or deprives a prisoner of a basic human need. I was caused physical and psychological injuries. While inmates are not entitled to a specific air temperature, inmates should not be subjected with extreme heat or cold. Prison officials acted with deliberate indifference for the reason that prison officials cannot ignore a problem once it is brought to their attention. Maintenance was notified all weekend during this long holiday weekend but inmates were told that maintenance will not be in til Tuesday January 17, 2023 to fix the issue. Osborn Correctional Institution is a old facility with concrete floors and broken windows. There was a blizzard outside one day this weekend and correctional officers on duty had on eskimo Department of Correction winter jackets and hats on. throughout the whole long weekend. For the reason of this I was caused emotional distress and severe psychological harm

I have exhausted all my administrative remedies.